IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Case No. 3:12-cr-013 |
| ADAM M. GLOWKA, | : JUDGE WALTER HERBERT RICE |
| Defendant. | : |

### ENTRY OF CONTINUANCE; NEW TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Trial reset | From 3/26/2012 on 3/19/2012 |
| Jury Trial Date | Monday, 4/23/2012 |
| Final Pretrial Conference (by telephone) | Monday, 4/16/2012 at 5:00 p.m. |
| Motion Filing Deadline: Oral and Evidentiary Motions | 4/9/2012 |
| Other Motions | 4/9/2012 |
| Discovery Cut-off | 4/9/2012 |
| Speedy Trial Deadline | Waived by Defendant's Motion for Continuance (Doc. #17), the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(a). |

March 20, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department


WHR:jdf