# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,         :       Case No. 3:12-cr-13

                                  District Judge Walter Herbert Rice
  -vs-                            Magistrate Judge Michael R. Merz

                               :

ADAM GLOWKA

      Defendant.

## ORDER OF REFERENCE

      Pursuant to Fed. R. Crim. P. 59, the above-captioned action is referred to United States Magistrate Judge Michael R. Merz for purposes of a Change of Plea Hearing.

June 13, 2012                                       s/ Walter H. Rice
                                                  WALTER HERBERT RICE, JUDGE
                                                  UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record